## FIGURE 48



**FIGURE 49**



**FIGURE 50**



Prices for NZD-USD on December 31, 2009
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.



# FIGURE 51



**FIGURE 52**



Prices for NZD-USD on May 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg

## FIGURE 53



Prices for NZD-USD on August 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.

**FIGURE 54**



Prices for NZD-USD on November 30, 2011
10am to 12pm N.Y. Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg

**FIGURE 55**



Prices for NZD-USD on December 30, 2011
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg

FIGURE 56



Prices for NZD-USD on November 30, 2012
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg



**FIGURE 57**

USD-CAD: Measure of Outlier Prices Compared to Preceding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

# FIGURE 58



USD-CAD: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.



FIGURE 59

USD-CAD: Measure of Outlier Prices Compared to Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

80

# FIGURE 60

| | +/- 10 Minutes from 11am NY (4pm London) | +/- 20 Minutes from 11am NY (4pm London) | +/- 30 Minutes from 11am NY (4pm London) |
|---|---|---|---|
| **USD-CAD: Summary of Outliers** | | | |
| Last Trading Day of Each Month (Jan 2009 - October 2013) | | | |
| **Full Period** Total Number of Days | 54 | 54 | 54 |
| Non-Outlier Days | 38 | 32 | 29 |
| Number of Outlier Days Comparing Price to Preceding Prices | 8 | 7 | 5 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 6 | 10 | 8 |
| Number of Outlier Days Comparing Price to Succeeding | 2 | 5 | 12 |
| *Total Number of Outlier Days* | 16 | 22 | 25 |
| *Number of Outlier Days as a Portion of All Days* | 29.6% | 40.7% | 46.3% |
| **2009** Total Number of Days | 12 | 12 | 12 |
| Non-Outlier Days | 10 | 8 | 6 |
| Number of Outlier Days Comparing Price to Preceding Prices | 1 | 2 | 3 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 1 | 1 |
| Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 2 |
| *Total Number of Outlier Days* | 2 | 4 | 6 |
| *Number of Outlier Days as a Portion of All Days* | 16.7% | 33.3% | 50.0% |
| **2010** Total Number of Days | 11 | 11 | 11 |
| Non-Outlier Days | 6 | 5 | 5 |
| Number of Outlier Days Comparing Price to Preceding Prices | 2 | 1 | 0 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 4 | 3 |
| Number of Outlier Days Comparing Price to Succeeding | 1 | 1 | 3 |
| *Total Number of Outlier Days* | 5 | 6 | 6 |
| *Number of Outlier Days as a Portion of All Days* | 45.5% | 54.5% | 54.5% |
| **2011** Total Number of Days | 11 | 11 | 11 |
| Non-Outlier Days | 8 | 7 | 6 |
| Number of Outlier Days Comparing Price to Preceding Prices | 2 | 1 | 2 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 3 | 1 |
| Number of Outlier Days Comparing Price to Succeeding | 0 | 0 | 2 |
| *Total Number of Outlier Days* | 3 | 4 | 5 |
| *Number of Outlier Days as a Portion of All Days* | 27.3% | 36.4% | 45.5% |
| **2012** Total Number of Days | 11 | 11 | 11 |
| Non-Outlier Days | 6 | 5 | 5 |
| Number of Outlier Days Comparing Price to Preceding Prices | 2 | 2 | 0 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 2 | 3 |
| Number of Outlier Days Comparing Price to Succeeding | 1 | 2 | 3 |
| *Total Number of Outlier Days* | 5 | 6 | 6 |
| *Number of Outlier Days as a Portion of All Days* | 45.5% | 54.5% | 54.5% |
| **2013** Total Number of Days | 9 | 9 | 9 |
| Non-Outlier Days | 8 | 7 | 7 |
| Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 0 |
| Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 2 |
| *Total Number of Outlier Days* | 1 | 2 | 2 |
| *Number of Outlier Days as a Portion of All Days* | 11.1% | 22.2% | 22.2% |

Data Source: Bloomberg.
Note: Interval of time is defined around 11 a.m. NY time / 4 p.m. London time.

**FIGURE 61**



Prices for USD-CAD on February 27, 2009
10am to 12pm NY Time

Data Source: Bloomberg

82

**FIGURE 62**



Prices for USD-CAD on August 31, 2009
10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg.

**FIGURE 63**



Prices for USD-CAD on March 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg

## FIGURE 64



Prices for USD-CAD on May 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.

**FIGURE 65**



FIGURE 66



**FIGURE 67**



Prices for USD-CAD on October 31, 2012
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.

**FIGURE 68**



Prices for USD-CAD on February 28, 2013
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg

FIGURE 69



USD-CHF: Measure of Outlier Prices Compared to Preceding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

**FIGURE 70**



USD-CHF: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

## FIGURE 71



**USD-CHF: Measure of Outlier Prices Compared to Succeeding Prices**
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

92

## FIGURE 72

| | **USD-CHF: Summary of Outliers** | | | |
|---|---|---|---|---|
| | Last Trading Day of Each Month (Jan 2009 - October 2013) | | | |
| | | +/- 10 Minutes from 11am NY (4pm London) | +/- 20 Minutes from 11am NY (4pm London) | +/- 30 Minutes from 11am NY (4pm London) |
| Full Period | Total Number of Days | 54 | 54 | 54 |
| | Non-Outlier Days | 39 | 34 | 31 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 6 | 6 | 5 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 7 | 7 | 5 |
| | Number of Outlier Days Comparing Price to Succeeding | 2 | 7 | 13 |
| | *Total Number of Outlier Days* | 15 | 20 | 23 |
| | *Number of Outlier Days as a Portion of All Days* | 27.8% | 37.0% | 42.6% |
| 2009 | Total Number of Days | 12 | 12 | 12 |
| | Non-Outlier Days | 9 | 7 | 6 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 0 | 1 | 0 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 3 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 1 | 5 |
| | *Total Number of Outlier Days* | 3 | 5 | 6 |
| | *Number of Outlier Days as a Portion of All Days* | 25.0% | 41.7% | 50.0% |
| 2010 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 6 | 5 | 4 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 2 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 1 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 4 | 4 |
| | *Total Number of Outlier Days* | 5 | 6 | 7 |
| | *Number of Outlier Days as a Portion of All Days* | 45.5% | 54.5% | 63.6% |
| 2011 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 7 | 6 | 6 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 2 | 3 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 2 |
| | *Total Number of Outlier Days* | 4 | 5 | 5 |
| | *Number of Outlier Days as a Portion of All Days* | 36.4% | 45.5% | 45.5% |
| 2012 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 9 | 8 | 7 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 2 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 0 | 1 |
| | *Total Number of Outlier Days* | 2 | 3 | 4 |
| | *Number of Outlier Days as a Portion of All Days* | 18.2% | 27.3% | 36.4% |
| 2013 | Total Number of Days | 9 | 9 | 9 |
| | Non-Outlier Days | 8 | 8 | 8 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 1 |
| | *Total Number of Outlier Days* | 1 | 1 | 1 |
| | *Number of Outlier Days as a Portion of All Days* | 11.1% | 11.1% | 11.1% |

Data Source: Bloomberg.

Note: Interval of time is defined around 11 a.m. NY time / 4 p.m. London time.

**FIGURE 73**



**FIGURE 74**



Prices for USD-CHF on December 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.

95



**FIGURE 75**



FIGURE 76



USD-DKK: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

## FIGURE 77



## FIGURE 78

| | | +/- 10 Minutes from 11am NY (4pm London) | +/- 20 Minutes from 11am NY (4pm London) | +/- 30 Minutes from 11am NY (4pm London) |
|---|---|---|---|---|
| **USD-DKK: Summary of Outliers** | | | | |
| Last Trading Day of Each Month (Jan 2009 - October 2013) | | | | |
| **Full Period** | Total Number of Days | 54 | 54 | 54 |
| | Non-Outlier Days | 37 | 32 | 27 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 10 | 11 | 12 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 6 | 6 | 7 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 5 | 8 |
| | Total Number of Outlier Days | 17 | 22 | 27 |
| | Number of Outlier Days as a Portion of All Days | 31.5% | 40.7% | 50.0% |
| **2009** | Total Number of Days | 12 | 12 | 12 |
| | Non-Outlier Days | 5 | 4 | 3 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 4 | 4 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 2 | 3 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 2 | 4 |
| | Total Number of Outlier Days | 7 | 8 | 9 |
| | Number of Outlier Days as a Portion of All Days | 58.3% | 66.7% | 75.0% |
| **2010** | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 6 | 6 | 3 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 4 | 3 | 6 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 1 |
| | Total Number of Outlier Days | 5 | 5 | 8 |
| | Number of Outlier Days as a Portion of All Days | 45.5% | 45.5% | 72.7% |
| **2011** | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 10 | 8 | 8 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 2 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 1 |
| | Total Number of Outlier Days | 1 | 3 | 3 |
| | Number of Outlier Days as a Portion of All Days | 9.1% | 27.3% | 27.3% |
| **2012** | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 9 | 8 | 7 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 0 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 2 | 2 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 0 | 1 |
| | Total Number of Outlier Days | 2 | 3 | 4 |
| | Number of Outlier Days as a Portion of All Days | 18.2% | 27.3% | 36.4% |
| **2013** | Total Number of Days | 9 | 9 | 9 |
| | Non-Outlier Days | 7 | 6 | 6 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 1 |
| | Total Number of Outlier Days | 2 | 3 | 3 |
| | Number of Outlier Days as a Portion of All Days | 22.2% | 33.3% | 33.3% |

Data Source: Bloomberg.
Note: Interval of time is defined around 11 a.m. NY time / 4 p.m. London time.

**FIGURE 79**



Prices for USD-DKK on May 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg.

FIGURE 80



Prices for USD-DKK on September 30, 2011

10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg

**FIGURE 81**



USD–JPY: Measure of Outlier Prices Compared to Preceding Prices

Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

# FIGURE 82



USD-JPY: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

**FIGURE 83**



USD-JPY: Measure of Outlier Prices Compared to Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

## FIGURE 84

| USD-JPY: Summary of Outliers | | | |
|---|---|---|---|
| Last Trading Day of Each Month (Jan 2009 - October 2013) | | | |
| | | +/- 10 Minutes from 11am NY (4pm London) | +/- 20 Minutes from 11am NY (4pm London) | +/- 30 Minutes from 11am NY (4pm London) |
| Full Period | Total Number of Days | 55 | 55 | 55 |
| | Non-Outlier Days | 43 | 42 | 42 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 5 | 5 | 4 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 3 | 3 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 4 | 5 | 7 |
| | Total Number of Outlier Days | 12 | 13 | 13 |
| | Number of Outlier Days as a Portion of All Days | 21.8% | 23.6% | 23.6% |
| 2009 | Total Number of Days | 12 | 12 | 12 |
| | Non-Outlier Days | 9 | 8 | 7 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 3 | 3 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 3 |
| | Total Number of Outlier Days | 3 | 4 | 5 |
| | Number of Outlier Days as a Portion of All Days | 25.0% | 33.3% | 41.7% |
| 2010 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 5 | 4 | 4 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 5 | 6 | 6 |
| | Total Number of Outlier Days | 6 | 7 | 7 |
| | Number of Outlier Days as a Portion of All Days | 54.5% | 63.6% | 63.6% |
| 2011 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 5 | 5 | 5 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 2 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 4 | 3 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 2 | 3 |
| | Total Number of Outlier Days | 6 | 6 | 6 |
| | Number of Outlier Days as a Portion of All Days | 54.5% | 54.5% | 54.5% |
| 2012 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 8 | 7 | 7 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 0 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 2 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 1 | 2 |
| | Total Number of Outlier Days | 3 | 4 | 4 |
| | Number of Outlier Days as a Portion of All Days | 27.3% | 36.4% | 36.4% |
| 2013 | Total Number of Days | 9 | 9 | 9 |
| | Non-Outlier Days | 8 | 8 | 8 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 0 | 0 |
| | Total Number of Outlier Days | 1 | 1 | 1 |
| | Number of Outlier Days as a Portion of All Days | 11.1% | 11.1% | 11.1% |
| Data Source: Bloomberg. | | | |
| Note: Interval of time is defined around 11 a.m. NY time / 4 p.m. London time. | | | |

**FIGURE 85**



Prices for USD-JPY on March 31, 2009
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.



FIGURE 86



FIGURE 87

Prices for USD-JPY on August 31, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg.



FIGURE 88



**FIGURE 89**



USD-NOK: Measure of Outlier Prices Compared to Preceding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

FIGURE 90



USD-NOK: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

111

**FIGURE 91**



USD-NOK: Measure of Outlier Prices Compared to Succeeding Prices

Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

## FIGURE 92

| | USD-NOK: Summary of Outliers | | | |
|---|---|---|---|---|
| | Last Trading Day of Each Month (Jan 2009 - October 2013) | | | |
| | | +/- 10 Minutes from 11am NY (4pm London) | +/- 20 Minutes from 11am NY (4pm London) | +/- 30 Minutes from 11am NY (4pm London) |
| Full Period | Total Number of Days | 52 | 52 | 52 |
| | Non-Outlier Days | 27 | 24 | 23 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 13 | 12 | 12 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 8 | 8 | 9 |
| | Number of Outlier Days Comparing Price to Succeeding | 4 | 8 | 8 |
| | Total Number of Outlier Days | 25 | 28 | 29 |
| | Number of Outlier Days as a Portion of All Days | 48.1% | 53.8% | 55.8% |
| 2009 | Total Number of Days | 12 | 12 | 12 |
| | Non-Outlier Days | 4 | 2 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 5 | 6 | 6 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 3 | 3 | 3 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 1 | 1 |
| | Total Number of Outlier Days | 8 | 10 | 10 |
| | Number of Outlier Days as a Portion of All Days | 66.7% | 83.3% | 83.3% |
| 2010 | Total Number of Days | 11 | 11 | 11 |
| | Non-Outlier Days | 5 | 5 | 4 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 2 | 1 | 2 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 3 | 3 | 3 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 2 | 2 |
| | Total Number of Outlier Days | 6 | 6 | 7 |
| | Number of Outlier Days as a Portion of All Days | 54.5% | 54.5% | 63.6% |
| 2011 | Total Number of Days | 10 | 10 | 10 |
| | Non-Outlier Days | 6 | 5 | 5 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 3 | 2 | 1 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 1 | 2 |
| | Number of Outlier Days Comparing Price to Succeeding | 0 | 2 | 2 |
| | Total Number of Outlier Days | 4 | 5 | 5 |
| | Number of Outlier Days as a Portion of All Days | 40.0% | 50.0% | 50.0% |
| 2012 | Total Number of Days | 10 | 10 | 10 |
| | Non-Outlier Days | 5 | 5 | 5 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 3 | 3 | 3 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 1 | 1 | 1 |
| | Number of Outlier Days Comparing Price to Succeeding | 1 | 1 | 1 |
| | Total Number of Outlier Days | 5 | 5 | 5 |
| | Number of Outlier Days as a Portion of All Days | 50.0% | 50.0% | 50.0% |
| 2013 | Total Number of Days | 9 | 9 | 9 |
| | Non-Outlier Days | 7 | 7 | 7 |
| | Number of Outlier Days Comparing Price to Preceding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Preceding Prices and Succeeding Prices | 0 | 0 | 0 |
| | Number of Outlier Days Comparing Price to Succeeding | 2 | 2 | 2 |
| | Total Number of Outlier Days | 2 | 2 | 2 |
| | Number of Outlier Days as a Portion of All Days | 22.2% | 22.2% | 22.2% |

Data Source: Bloomberg.
Note: Interval of time is defined around 11 a.m. NY time / 4 p.m. London time.

**FIGURE 93**



114

**FIGURE 94**



Prices for USD-NOK on April 30, 2009
10am to 12pm NY Time

11am NY Time = 4pm London Time

**FIGURE 95**



Prices for USD-NOK on August 31, 2009
10am to 12pm NY Time

11am NY Time = 4pm London Time

Exchange Rate

Data Source: Bloomberg



# FIGURE 96



117

**FIGURE 97**



## FIGURE 98



**FIGURE 99**



Prices for USD-NOK on April 30, 2010
10am to 12pm NY Time

11am NY Time = 4pm London Time

Data Source: Bloomberg

120

**FIGURE 100**



## FIGURE 101



**FIGURE 102**



**FIGURE 103**



USD-SEK: Measure of Outlier Prices Compared to Preceding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

124

**FIGURE 104**



USD-SEK: Measure of Outlier Prices Compared to Preceding and Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg.
Notes: Each measure represents the mean squared error of the minute price with respect to (t) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.

**FIGURE 105**



USD-SEK: Measure of Outlier Prices Compared to Succeeding Prices
Deviations of Prices in One Minute Intervals from 8:45am to 1:15pm NY Time with Respect to Nearby Prices

11am NY Time = 4pm London Time

Data Source: Bloomberg
Notes: Each measure represents the mean squared error of the minute price with respect to (1) prices during the preceding 30 minutes; (2) prices during the preceding and succeeding 30 minutes; and (3) prices during the succeeding 30 minutes. Large values for the mean squared error represent outlier prices during that minute.